# In the United States Court of Federal Claims

Victoria C. McKenzie
_____

_____
       **Plaintiff(s),**

v.

THE UNITED STATES,

       **Defendant.**

Case No. **20-50249**

Judge _____

**RECEIVED**

JUL 06 2020

THOMAS G. BRUTON
CLERK, U.S DISTRICT COURT

## COMPLAINT

Your complaint must be clearly handwritten or typewritten, and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space, you may use another blank page.

If you intend to proceed without the prepayment of filing fees (*in forma pauperis* (IFP)), pursuant to 28 U.S.C. § 1915, you must file along with your complaint an application to proceed IFP.

1. **JURISDICTION.** State the grounds for filing this case in the United States Court of Federal Claims. The United States Court of Federal Claims has limited jurisdiction (*see* e.g., 28 U.S.C. §§ 1491-1509).

  See attached (A)

  Respondants attachment (B)

A5

2. **PARTIES**

Plaintiff, Victoria C. McKenzie, resides at 604 Ridge Street
(Street Address)

Galena, IL 61036, 815-242-2150
(City, State, ZIP Code)     (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.

N/A

3. **PREVIOUS LAWSUITS.** Have you begun other lawsuits in the United States Court of Federal Claims? ◯ Yes ⦿ No

   If yes, please list cases: _____

4. **STATEMENT OF THE CLAIM.** State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary. *See attached (A)*

A6

Attachment A

DCFS, et. al.

## COMPLAINT

- 
- On multiple occasions I was discriminated against for having disabilities
- On multiple occasions I was denied reasonable accomodations, including, but not limited to: closed captioning tv, documentation provided prior to meetings, communication in writing, occuring in a variety of settings, including, but not limited to meetings, court hearings, that had already been approved and utilized on many different occasions and/or had been recommended by treating facilities, which caused me to not be able to accurately follow along, feeling lost and helpless, and missing important information.
- On multiple occasions I was retaliated against for advocating for my assertion of my ADA rights.
- On multiple occasions I was required to financially provide for transportation, etc. although I was deemed indigent, due to my disability,. by the court, although that policy dictated the Respondents were responsible to provide transportation and other associated costs.
- On multiple occasions the Respondents referred to my disabilities in derogatory terms which caused me to feel embarrassment. shame, and worthlessness.

## STATEMENT OF THE CLAIM

I was discriminated against for having disabilities and the Respondents violated both the American's Disability Act of Act of 1990 and the Civil Rights Act of 1964. These violations resulted in deterioration of my physical, mental, and psychological well being, as well as, significant financial loss and standard of living.

The United States failed to mandate training regarding the ADA and the Civil Rights Act and failed to ensure my physical, mental, financial and psychological safety.

## RELIEF

Order bi-annual training on all aspects of the ADA and Civil Rights Act, including but not limited to: rights of the disabled and their service dogs, how violations affect all aspects of the disabled individuals life and well being, etc. al.

Order sensitivity training for all Respondents

Order financial restitution

Order all Respondents to issue a written apology to the Plantiff

Respondents

Illinois Department of Children and Family Services
Pedro Mendoza
Michelle Bunch
Kassie Lumsden
Tamara Schrader
200 S. Wyman St.
Rockford, IL 61101

17th Judicial Circuit Court of the State of Illinois
Judge Mary Linn Green
211 S. Court Street
Rockford, IL 61101

Vella & Lund
David Vella
411 W. State St.
Rockford, IL 61101

Office of the State's Attorney, Winnebago County
Paul Carpenter

400 W. State St., Suite 619
Rockford, IL 61101

**PRIORITY MAIL**

UNITED STATES POSTAL SERVICE

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

EXPECTED DELIVERY DAY: 07/08/20

USPS TRACKING® NUMBER

$7.75
R2305K136389-06

FROM:
McKenzie
604 Ridge St.
Galena IL
61036

TO: Roszkowski US Court House
327 S. Church St.
Rockford, IL
61101

B/C

