UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois
Western Division

| | |
|---|---|
| Victoria C. McKenzie ) | |
| ) | |
| v. ) | Case No. 3:20-cv-50249 |
| Plaintiff, ) | |
| ) | Hon. Phillips G. Reinhard |
| Illinois Department of Children and Family ) | |
| Services, et al. ) | |
| Defendants. ) | |

## **MOTION TO WITHDRAW**

Now comes Matthew S. Jarka, referred to throughout as "Counsel," pursuant to Rule 83.17 of the Local Rules of the United States District Court for the Northern District of Illinois, requesting the Court allow his withdrawal as counsel of record for the Plaintiff, Victoria C. McKenzie. In support thereof, Counsel states the following:

1. Counsel filed an Appearance in this case on October 22, 2020. [Dkt. #18].
2. Counsel has attempted to confer with Plaintiff through telephone, email, and in-person communication in an effort to gather enough facts to allow counsel file an Amended Complaint consistent with this Court's pleading requirements.
3. Counsel has been unable to filing an Amended Complaint due to the communication breakdown between Counsel and Plaintiff.
4. Plaintiff has stated her desire to replace Counsel as attorney of record in this case.

WHEREFORE, for the reasons stated, Counsel respectfully request that the Court grant this motion and permit withdrawal as counsel for the Plaintiff.

Respectfully submitted,

/s/Matthew S. Jarka
Asher, Gittler & D'Alba, Ltd.
200 W. Jackson, Suite 720
Chicago, IL. 60606
(312) 601-9241
ARDC #6322603